IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF MOTION** |
| FRED M. ORTIZ, *ET AL.* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**NOTICE OF MOTION**

The foregoing motion will be brought before the United States District Court, Honorable Edward Rafeedie, Senior District Judge, presiding, on _____ at _____ . m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, March 21, 2006.

_____
BARRY D. EDWARDS
Attorney for Defendant
FRED M. ORTIZ