CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a file-marked copy of the foregoing document is being served on the date of filing, by hand delivery, to the following parties at the following addresses:

Brian D. Bailey, Esq.
Clare E. Connors, Esq.
Assistant United States Attorneys
300 Ala Moana Blvd., Suite 6-100
Honolulu, HI 96850

PRETRIAL SERVICES
ATTN: CAROL MIYASHIRO
CHIEF

Mona L. Godinet
U. S. Probation Officer
PJKK Federal Courthouse, First Floor
300 Ala Moana Blvd.
Honolulu, HI 96850

DATED: Honolulu, Hawaii, March 21, 2006.

_____
Barry D. Edwards