UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 22 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>TERRY LEROY CASSIDY, a/k/a Shawn "Shawn Michaels"; et al.,<br><br>Defendants - Appellants. | Nos. 05-10641<br>05-10663<br>05-10664<br>05-10722<br>05-10723<br><br>D.C. No. CR-02-00133-ER/BMK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 27 2006
DISTRICT OF HAWAII

Before: Peter L. Shaw, Appellate Commissioner

The court is in receipt of appellants' joint motion for direct payment to an outside copying service to prepare excerpts of record. The list of the proposed excerpts includes entire pleadings and complete hearing transcripts. Appellants are reminded that the excerpts are limited to the specific portions of transcripts, exhibits, and documents that must be reviewed to resolve the appeals. See 9th Cir. R. 30-1.4(a)(vii)-(xi); -1.5. The motion is therefore denied without prejudice to a renewed motion showing that the excerpts will be curtailed as contemplated by Rule 30-1.4 and -1.5.

Appellants are reminded that the court has access to the entire record. 9th Cir. R. 11-5.

The June 7, 2006 order continues to govern briefing.

*Peter L. Shaw*
General Order 6.3(e)

O:\AppComm\Orders\Operations\05-10661cb.wpd