MOATT IN W/O EMERG

i

INTERNAL USE ONLY: Proceedings include all events.
05-10641 USA v. Cassidy

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Clare E. Connors, Esq.<br>808/541-2850<br>Room 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850<br><br>Alan Hechtkopf, Esq.<br>202/514-5396<br>[COR LD NTC gov]<br>Gregory V. Davis, Esq.<br>FAX 202/305-8687<br>202/514-5396<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Tax Division/Appellate Section<br>P.O. Box 502<br>Washington, DC 20044 |
| v. | |
| TERRY LEROY CASSIDY, a/k/a Shawn "Shawn Michaels"; a/k/a Leroy Terry "Leroy Terry Hefley"<br>    Defendant - Appellant | Terry Leroy Cassidy<br>32192-013<br>[COR LD NTC prs]<br>FEDERAL CORRECTIONAL FACILITY<br>9595 West Quincy Ave.<br>Littleton, CO 80123<br><br>Alvin Kaohu Nishimura, Esq.<br>FAX 808/522-6530<br>808/522-6529<br>[COR LD NTC cja]<br>P.O. Box 4510<br>Kaneohe, HI 96744-8510<br><br>Barry D. Edwards, Esq.<br>FAX 808/988-2044<br>808/988-2005<br>[COR LD NTC cja]<br>2868 Kahawai St.<br>Honolulu, HI 96822<br><br>William A. Cohan, Esq.<br>FAX 858/550-9049<br>858-832-1632<br>[COR LD NTC ret]<br>WILLIAM A. COHAN PC<br>P.O. Box 3448 |

MOATTPRIVATE
EMERG
i

INTERNAL USE ONLY: Proceedings include all events.
05-10641 USA v. Cassidy

Rancho Santa Fe, CA 92067

```
                                                         NOAT ENWAIC
                                                           EMERG
                                                                    i
INTERNAL USE ONLY: Proceedings include all events.
05-10663 USA v. Hardy

UNITED STATES OF AMERICA          Alan Hechtkopf, Esq.
     Plaintiff - Appellee         202/514-5396
                                  [COR LD NTC gov]
                                  Gregory V. Davis, Esq.
                                  FAX 202/305-8687
                                  202/514-5396
                                  [COR LD NTC gov]
                                  DOJ - U.S. DEPARTMENT OF
                                  JUSTICE
                                  Tax Division/Appellate Section
                                  P.O. Box 502
                                  Washington, DC 20044

     v.

ROYAL LAMARR HARDY                Lynn E. Panagakos, Atty
     Defendant - Appellant        FAX 808/566-0347
                                  808/521-3336
                                  Second Floor
                                  [COR LD NTC cja]
                                  345 Queen St.
                                  Honolulu, HI 96813
```

```
                                                      MOATT INV/IT
                                                      EMERG
                                                                   i
INTERNAL USE ONLY: Proceedings include all events.
05-10664 USA v. Supnet, et al

UNITED STATES OF AMERICA              Clare E. Connors, Esq.
     Plaintiff - Appellee             808/541-2850
                                      Room 6-100
                                      [COR LD NTC aus]
                                      USH - OFFICE OF THE U.S.
                                      ATTORNEY
                                      PJKK Federal Building
                                      300 Ala Moana Blvd.
                                      P.O. Box 50183
                                      Honolulu, HI 96850

                                      Alan Hechtkopf, Esq.
                                      202/514-5396
                                      [COR LD NTC gov]
                                      Gregory V. Davis, Esq.
                                      FAX 202/305-8687
                                      202/514-5396
                                      [COR LD NTC gov]
                                      DOJ - U.S. DEPARTMENT OF
                                      JUSTICE
                                      Tax Division/Appellate Section
                                      P.O. Box 502
                                      Washington, DC 20044

     v.

URSULA A. SUPNET, aka Ursula          William A. Cohan, Esq.
Ann "Ursula Ann Sounet"               FAX 858/550-9049
     Defendant - Appellant            858-832-1632
                                      [COR LD NTC ret]
                                      WILLIAM A. COHAN PC
                                      P.O. Box 3448
                                      Rancho Santa Fe, CA 92067
```

```
                                                     MOATT ENVAIO
                                                         EMERG
                                                                  i
INTERNAL USE ONLY: Proceedings include all events.
05-10722 USA v. Kailing

UNITED STATES OF AMERICA           Clare E. Connors, Esq.
     Plaintiff - Appellee          808/541-2850
                                   Room 6-100
                                   [COR LD NTC aus]
                                   USH - OFFICE OF THE U.S.
                                   ATTORNEY
                                   PJKK Federal Building
                                   300 Ala Moana Blvd.
                                   P.O. Box 50183
                                   Honolulu, HI 96850

                                   Alan Hechtkopf, Esq.
                                   202/514-5396
                                   [COR LD NTC gov]
                                   Gregory V. Davis, Esq.
                                   FAX 202/305-8687
                                   202/514-5396
                                   [COR LD NTC gov]
                                   DOJ - U.S. DEPARTMENT OF
                                   JUSTICE
                                   Tax Division/Appellate Section
                                   P.O. Box 502
                                   Washington, DC 20044


     v.

MICHAEL L. KAILING                 Richard D. Gronna, Esq.
     Defendant - Appellant         FAX 808/521-4800
                                   808/523-2441
                                   Ste. 502
                                   [COR LD NTC cja]
                                   LAW OFFICES OF RICHARD D.
                                   GRONNA
                                   Haseko Center
                                   820 Mililani St.
                                   Honolulu, HI 96813
```

```
INTERNAL USE ONLY: Proceedings include all events.
05-10723 USA v. Ortiz

UNITED STATES OF AMERICA          Alan Hechtkopf, Esq.
     Plaintiff - Appellee        202/514-5396
                                 [COR LD NTC gov]
                                 Gregory V. Davis, Esq.
                                 FAX 202/305-8687
                                 202/514-5396
                                 [COR LD NTC gov]
                                 DOJ - U.S. DEPARTMENT OF
                                 JUSTICE
                                 Tax Division/Appellate Section
                                 P.O. Box 502
                                 Washington, DC 20044

     v.

FRED M. ORTIZ                    Barry D. Edwards, Esq.
     Defendant - Appellant       FAX 808/988-2044
                                 808/988-2005
                                 [COR LD NTC cja]
                                 2868 Kahawai St.
                                 Honolulu, HI 96822
```